UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Roberta Lyles | ) Chapter 13 Case No.  07-20652 |
| | ) |
| Debtor | ) |

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $34.31 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in July 2011 and a refund check was sent to the Debtor in the amount of $34.31 in August 2011.
3. To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $29.01 into U.S. Treasury Fund 6047BK on behalf of Debtor, Roberta Lyles whose last known address was 1346 Williams St., Gary, IN 46404.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on November 2, 2011 to the attorney for the debtor and the United States Trustee and to the debtor by United States First Class Mail as stated below:

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

Debtor: Roberta Lyles, 1346 Williams St., Gary, IN 46404